**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

YOVANNY DOMINGUEZ,
*for himself and on behalf of all other persons similarly situated,*

        Plaintiff,

 -against-

TRASH AND VAUDEVILLE, INC.,

        Defendant.

------------------------------------- x

ORDER

20 Civ. 00203 (GBD)

GEORGE B. DANIELS, United States District Judge:

  This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

  All conferences previously scheduled are adjourned *sine die*.

Dated: April 1, 2020
   New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge